UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE KING/MOROCCO                              CIVIL ACTION

VERSUS                                        NO. 18-8961

RANGE ROVER NEW ORLEANS                       SECTION "R"

## ORDER

Before the Court is plaintiff The King/Morocco's motion to set aside the Magistrate Judge's order denying plaintiff's application to proceed *in forma pauperis*.[1] The motion is **DENIED** as untimely. The Magistrate Judge issued his order on October 30, 2018.[2] Plaintiff filed the instant motion on March 25, 2019.[3] Pursuant to Federal Rule of Civil Procedure 72, any objections to the Magistrate Judge's order had to be filed within 14 days of the issuance of the order.

The Magistrate Judge's order denied plaintiff's motion to proceed *in forma pauperis* without prejudice because plaintiff did not properly sign his declaration.[4] Plaintiff has attached to the instant motion a new application

---

[1]   R. Doc. 4.
[2]   R. Doc. 3.
[3]   R. Doc. 4.
[4]   R. Doc. 3 at 2.

to proceed *in forma pauperis*.[5] But this new application does not remedy the deficiencies the Magistrate Judge identified. Plaintiff again signs the application as "The King/Morocco," which, as the Magistrate Judge stated, appears to be an alias.[6] Thus, to the extent this new application can be construed as a renewed motion to proceed *in forma pauperis*, that motion is **DENIED WITHOUT PREJUDICE** for the same reasons stated in the Magistrate Judge's order. Plaintiff is ordered to complete any future *in forma pauperis* applications in accordance with Magistrate Judge Knowles's instructions.[7]

New Orleans, Louisiana, this 31st day of May, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 4 at 3-4.
[6] *Id.* at 4; *see also* R. Doc. 3 at 1 (Magistrate Judge Knowles noting that plaintiff's Charge of Discrimination with the U.S. Equal Employment Opportunity Commission was filed by Myron G. Simms, Jr., who may be the same person as "The King/Morocco").
[7] *See* R. Doc. 3.

2